

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

> Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 15).
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         March 3, 2025

**By ECF and EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Miguel Munoz*, 25 Cr. 60 (PMH)

Dear Judge Halpern:

    The Government respectfully requests that the Court exclude time in the above-captioned matter under the Speedy Trial Act, 18 U.S.C. § 3161.

    On February 27, 2025, the parties appeared before the Honorable Victoria Reznik, United States Magistrate Judge, for an arraignment, and Judge Reznik excluded time from February 27, 2025, through March 13, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interest of justice. On February 28, 2025, this Court scheduled an initial appearance for Mach 20, 2025.

    Accordingly, the Government respectfully requests an exclusion of time from March 13, 2025, through March 20, 2025.  The Government makes this request pursuant to 18 U.S.C. § 3161(h)(7)(A) so the parties can continue to review and prepare discovery and discuss a potential pretrial disposition of this matter.  The ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendant in a speedy trial.  Defense counsel consents to this request.  A proposed order has been attached to this letter.

    [*intentionally left blank*]