UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
                                  :   **SCHEDULING ORDER**
v.                                :
                                  :
MIGUEL MUNOZ,                     :
                                  :   7:25-cr-60 (PMH)
                                  :
            Defendant.            :
-------------------------------------------------------------x

An Initial Conference is scheduled for March 20, 2025 at 2:00 p.m. in a courtroom to be determined at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       March 3, 2025

_____
Philip M. Halpern
United States District Judge