UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                          :
                                                  :
                                                  :    **SCHEDULING ORDER**
v.                                                :
                                                  :
                                                  :
MIGUEL MUNOZ,                                     :
                                                  :     7:25-cr-60 (PMH)
                                                  :
                  Defendant.                      :
------------------------------------------------------------x

The Initial Conference scheduled for March 20, 2025 is re-scheduled to April 1, 2025 at

10:30 a.m. in a courtroom to be determined at the White Plains Courthouse.

The Government shall file a proposed order to exclude time under the Speedy Trial Act.

**SO ORDERED:**

Dated: White Plains, New York
       March 14, 2025

_____
Philip M. Halpern
United States District Judge