UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **SCHEDULING ORDER**
                                  :
MIGUEL MUNOZ,                     :     7:25-cr-60 (PMH)
                                  :
                Defendant.        :
-----------------------------------------------------------x

The Initial Conference scheduled for April 1, 2025 is re-scheduled to March 27, 2025 at 9:30 a.m. in a courtroom to be determined at the White Plains Courthouse.

The Government shall file a proposed order to exclude time under the Speedy Trial Act.

**SO ORDERED:**

Dated: White Plains, New York
       March 18, 2025

_____
Philip M. Halpern
United States District Judge