

**U.S. Department of Justice**

*United States Attorney*
~~Southern District of New York~~

> Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 24).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         March 18, 2025

**By ECF and EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    *United States v. Miguel Munoz*, 25 Cr. 60 (PMH)

Dear Judge Halpern:

The Government respectfully requests that the Court exclude time in the above-captioned matter under the Speedy Trial Act, 18 U.S.C. § 3161.  On March 3, 2025, this Court scheduled an initial conference for March 20, 2025, and excluded time through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interest of justice.  On March 18, 2025, this Court rescheduled the initial conference to March 27, 2025, and directed the Government to file a proposed order to exclude time.

Accordingly, the Government respectfully requests an exclusion of time from March 18, 2025, through March 27, 2025.  The Government makes this request pursuant to 18 U.S.C. § 3161(h)(7)(A) so the parties can continue to review and prepare discovery and discuss a potential pretrial disposition of this matter.  The ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendant in a speedy trial.  A proposed order has been attached to this letter.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by: _____
    Jorja N. Knauer
    Assistant United States Attorney
    (914) 993-1919

cc:    Elizabeth Quinn, Esq. (by ECF and Email)