

U.S. Department of Justice

*United States Attorney*

> Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 30).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 9, 2025

**By ECF and EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Miguel Munoz*, 25 Cr. 60 (PMH)

Dear Judge Halpern:

      The Government respectfully requests that the Court exclude time in the above-captioned matter under the Speedy Trial Act, 18 U.S.C. § 3161. On March 27, 2025, this Court scheduled a status conference for June 10, 2025, and excluded time through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interest of justice. On June 6, 2025, the defendant requested that the conference be adjourned by approximately 45 days. On June 9, 2025, this Court rescheduled the status conference to July 21, 2025, and directed the Government to file a proposed order to exclude time.

      Accordingly, the Government respectfully requests an exclusion of time from June 10, 2025, through July 21, 2025. The defendant consents to this request. The Government makes this request pursuant to 18 U.S.C. § 3161(h)(7)(A) so the parties can continue to review discovery and discuss a potential pretrial disposition of this matter. The ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendant in a speedy trial. A proposed order has been attached to this letter.

                          Respectfully submitted,

                          JAY CLAYTON
                          United States Attorney

            by: _____
                Jorja N. Knauer
                Assistant United States Attorney
                (914) 993-1919

cc:    Elizabeth Quinn, Esq. (by ECF and Email)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA                 :
                                         :    [PROPOSED] ORDER
     - v -                               :
                                         :    25 Cr. 60 (PMH)
MIGUEL MUNOZ,                            :
                                         :
                    Defendant.           :
- - - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by and through Jay Clayton, United States Attorney, Jorja N. Knauer, of counsel, and with consent from the defendant, by and through his counsel, it is hereby ORDERED that the time between June 10, 2025, and July 21, 2025, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to review discovery and continue discussing a potential disposition of this case without the need for trial.

Dated:   White Plains, New York
         _____, 2025

                                    _____
                                    HON. PHILIP M. HALPERN
                                    UNITED STATES DISTRICT JUDGE