UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   **SCHEDULING ORDER**
v.                                  :
                                    :
MIGUEL MUNOZ,                       :
                                    :   7:25-cr-60 (PMH)
                                    :
             Defendant.             :
-------------------------------------------------------------x

The Status Conference scheduled for September 18, 2025 at 10:00 a.m. is converted to a Change of Plea Hearing in a courtroom to be determined at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       August 11, 2025

_____
Philip M. Halpern
United States District Judge