UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA        :

               v.                :       7: 25 CR 60 (PMH)

MIGUEL MUNOZ,          :       **ORDER**

          Defendant.      :
-------------------------------------------------------------------x

At the sentencing hearing on March 17, 2026, and for the reasons stated on the record, the Court imposed a sentence of, among other things, PROBATION. Accordingly, Defendant is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities. Pretrial Services is also hereby ORDERED to return Defendant Miguel Munoz's passport.

Dated: White Plains, New York
       March 17, 2026

                             SO ORDERED:

                             _____

                             Philip M. Halpern
                             United States District Judge